# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3338

_____

United States of America,

        Appellee,

    v.

Will Dixon,

        Appellant.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* Southern District of Iowa
\*
\* [UNPUBLISHED]
\*

_____

Submitted:   June 28, 2002

Filed:   August 28, 2002

_____

Before McMILLIAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Will Dixon appeals from the final judgment entered in the District Court[1] for the Southern District of Iowa after he pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The district court sentenced Dixon to 27 months imprisonment and 3 years supervised release. His counsel has moved to withdraw, filing a brief pursuant to Anders v. California, 386 U.S. 738 (1967). For

_____

[1]The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.

reversal, counsel argues that the district court should not have given Dixon a 4-level enhancement for possessing firearms in connection with another felony offense.

We conclude that the district court did not clearly err. <u>See</u> <u>United States v. Chavarria-Cabrera</u>, 272 F.3d 1049, 1050 (8th Cir. 2001) (standard of review). The undisputed evidence was that Dixon was involved in drug trafficking, items indicating drug activity were discovered at Dixon's residence, and firearms were located in the same room as drugs and drug paraphernalia. <u>See</u> <u>United States v. Linson</u>, 276 F.3d 1017, 1018-19 (8th Cir. 2002).

Having found no nonfrivolous issues following our independent review of the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we grant counsel's motion to withdraw, and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.